■ TEMPERAL HOMES, INC., v. PETER A. ITALIANO et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

■ MARIAN K. KEITH v. MAPLE GROVE CEMETERY ASSOCIATION et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

■ In the Matter of BENJAMIN KELLNER et al., Appellants, against CHARLES ABRAMS, as State Rent Administrator, Respondent, and NATHAN SCHULMAN et al., Intervenors-Respondents.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

## (December 15, 1955)

■ JANE K. WENGLINSKY, Also Known as JANE K. WENGLIN, v. ISIDORE WENGLINSKY, Also Known as ISIDORE WENDELL, Also Known as ISIDORE WENGLIN.—Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM COOPER.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

■ GALLIE CORPORATION v. CYRIL B. RYAN.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.